UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EDMONDS SMOKE SHOP, LLC, et al.,<br><br>　　　　　　　Defendant. | CASE NO. C23-0316JLR<br><br>ORDER |

　　　Before the court is Plaintiff GS Holistic, LLC's ("GS Holistic") second motion for an extension of time to serve Defendant Iram Pasha.  (Mot. (Dkt. # 10); *see* 6/7/23 Order (Dkt. # 7) (finding that GS Holistic had not demonstrated good cause for its failure to serve Defendants before the 90-day deadline set forth in Federal Rule of Civil Procedure 4(m) but nevertheless granting a 60-day extension of the service deadline).)  The court DENIES GS Holistic's motion.

//

ORDER - 1

1         GS Holistic has filed 40 cases in this District alleging infringement of its
2  trademarks in certain of its products.  Over the past several months, the court has
3  repeatedly observed that GS Holistic's motions did not comply with the court's Local
4  Civil Rules and ordered counsel to carefully review the Local Civil Rules to ensure
5  compliance in all future filings.  *See, e.g.*, Order, *GS Holistic, LLC v. Zakks Smoke and*
6  *Beverage LLC*, No. C23-0322JLR (W.D. Wash. Aug. 1, 2023), Dkt. # 13; Order, *GS*
7  *Holistic, LLC v. JBI LLC*, No. C23-0396JLR (W.D. Wash. June 15, 2023), Dkt. # 10.  In
8  these orders, the court warned GS Holistic that failure to comply with the Local Civil
9  Rules may result in sanctions.

10        Nevertheless, GS Holistic continues to file motions that do not comply with the
11 local rules.  For example, Local Civil Rule 10(e) specifies formatting requirements for
12 pleadings, motions, and other filings.  *See, e.g.*, Local Rules W.D. Wash. LCR 10(e)(1),
13 (3), (5).  And Local Civil Rule 7(e)(6) requires that each motion or brief filed in a case
14 "include the certification of the signer as to the number of words, substantially as
15 follows:  'I certify that this memorandum contains _____ words, in compliance with the
16 Local Civil Rules.'"  Local Rules W.D. Wash. LCR 7(e)(6).  GS Holistic's motion
17 complies with neither of these rules.  (*See* Mot.)  Therefore, the court DENIES GS
18 Holistic's motion for an extension of time (Dkt. #10) without prejudice to filing a
19 renewed motion that complies with the court's Local Civil Rules.  GS Holistic's renewed
20 motion, if any, shall be filed by no later than **August 15, 2023**.  Counsel is once again
21 ORDERED to carefully review the current version of the Local Civil Rules on the court's
22 website and to ensure that all future filings on behalf of GS Holistic comply with these

rules.  Failure to follow the Local Civil Rules in the future may result in the filing being stricken from the docket and/or other sanctions.

Dated this 8th day of August, 2023.

_____
JAMES L. ROBART
United States District Judge